1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:14-CR-00161-AWI-BAM

12                      Plaintiff,

13         v.                              STIPULATION AND ORDER
                                           REGARDING EXTENSION FOR
14  JOSE REYNA-CHAVEZ,                     FILING RESPONSE AND REPLY

15                      Defendant.

16
                              **STIPULATION**
17
          Plaintiff United States of America, by and through its counsel of record, and defendant, by
18
    and through his counsel of record, hereby stipulate as follows:
19
          1.     By previous order, the government's response was set for filing on June 24 and the
20
                 defendant's reply set for filing on July 10.
21
          2.     By this stipulation, the parties move to extend the deadlines for filing the
22
                 government's response on July 8 and the defendant's reply on July 22.  The hearing
23
                 date of July 27 would remain the same.  An extension is required to accommodate the
24
                 government and its need to prepare for a June 30 trial set last month.
25

26
    ////
27

28  IT IS SO STIPULATED.
                                      1

1    DATED:        June 23, 2015.          Respectfully submitted,

2                                          BENJAMIN B. WAGNER
                                           United States Attorney
3

4                                          /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
5                                          Assistant United States Attorney

6
     DATED:        June 23, 2015.
7
                                           /s/ Ann McGlenon
8                                          ANN McGLENON
                                           Counsel for Defendant
9

10                                         **O R D E R**

11

12   IT IS SO ORDERED.

13   Dated:   June 24, 2015

14                                         _____
                                           SENIOR  DISTRICT  JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2