BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE REYNA-CHAVEZ,<br><br>Defendant. | CASE NO. 1:14-CR-00161-AWI-BAM<br><br>STIPULATION AND ORDER TO VACATE EVIDENTIARY HEARING AND SET CHANGE OF PLEA |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an evidentiary hearing on August 17, 2015, at 1:30 p.m., on the defendant's suppression motion.

2. By this stipulation, the parties move to advance the matter for a change of plea on August 10, 2015, at 10 a.m.

IT IS SO STIPULATED.

DATED:     August  3, 2015.          Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Karen A. Escobar
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney

1

DATED: August 3, 2015.

/s/ Ann McGlenon
ANN McGLENON
Counsel for Defendant

**O R D E R**

The Evidentiary Hearing as to the above named defendant previously set for August 17, 2015, is VACATED and a Change of Plea Hearing is set for August 10, 2015, at 10:00am in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: August 3, 2015

_____
SENIOR DISTRICT JUDGE

2